IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| HOLLI LUNDAHL et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. CV-05-127-E-RCT |
| v. | ) ) ) | **ORDER** |
| NAR, Inc. et al., | ) ) | |
| Defendants. | ) ) ) ) | |

The Court has been assigned several matters involving Plaintiff Holli Lundahl. Having reviewed the files in these pending cases, the Court is concerned that Plaintiff Lundahl may be engaged in harassing and abusive litigation tactics

**ORDER - 1**

sufficient to warrant entry of a Vexatious Litigant Order against Plaintiff Lundahl. This Court has inherent power to "'regulate the activities of abusive litigants by imposing carefully tailored restrictions under the appropriate circumstances.'" *DeLong v. Hennessey*, 912 F.2d 1144, 1147 (9th Cir. 1990) (quoting *Tripati v. Beaman*, 878 F.2d 351, 352 (10th Cir. 1989)).  28 U.S.C. § 1651(a) also provides the power in this Court to enjoin litigants with abusive and lengthy histories of abuse from future filings or to impose such other restrictions pre-filing as may be necessary to thwart such abuse. *Id.*  Therefore, this Court hereby ORDERS Plaintiff Holli Lundahl to appear and show cause, if any she has, why this Court should not enter a Vexatious Litigant Order.

IT IS FURTHER ORDERED that Plaintiff Holli Lundahl shall appear in person before the above-entitled Court on **Friday, May 19, 2006, at 1:00 p.m. (Boise time) in Courtroom 1, 6th Floor**, **U.S. District Court for the District of Idaho, 550 West Fort Street, Boise, Idaho,** then and there to show cause, if any Plaintiff may have, why Plaintiff should not be enjoined from filing further lawsuits in this Court.  The Court will entertain any arguments or evidence any party to this action wishes to raise relevant to whether such an Order should issue.

NOTICE IS HEREBY GIVEN to Plaintiff that failure to appear on the date above specified will subject Plaintiff to the Court's entry of a Vexatious Litigant

**ORDER - 2**

Order against her.

       IT IS SO ORDERED.

       DATED this 7th day of April, 2006, at Seattle, Washington.

                                  */s/ Richard C. Tallman*
                                  RICHARD C. TALLMAN
                                  United States Circuit Judge
                                  Sitting by designation