J. Kevin West
ISB #3337; jkw@hallfarley.com
Randall F. Werth
ISB #7268; rfw@hallfarley.com
HALL, FARLEY, OBERRECHT & BLANTON, P.A.
702 West Idaho, Suite 700
Post Office Box 1271
Boise, Idaho 83701
Telephone: (208) 395-8500
Facsimile: (208) 395-8585
W:\1\1-580.15\Aff JKW-Fed_Show Cause 02.doc

Attorneys for Defendants Paul C. Hess,
    Amber Allen and Beehive Credit Union

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF IDAHO

| | |
|---|---|
| HOLI LUNDAHL, *et. al.*<br><br>                    Plaintiffs,<br><br>vs.<br><br>NAR, INC., *et. al.*<br><br>                    Defendants. | Case No. CV 05-127-E-RCT<br><br>AFFIDAVIT OF J. KEVIN WEST |

STATE OF IDAHO      )
                            ) ss.
County of Ada        )

AFFIDAVIT OF J. KEVIN WEST - 1

J. KEVIN WEST, being first duly sworn upon oath, deposes and says:

1)      I am counsel of record for defendants Beehive Credit Union, Amber Allen and Paul C. Hess in H.M. Telford v. Ladd Brown, *et. al.*, No CV 05-460-E-BLW (hereinafter "Telford v. Brown, *et. al.*") and, as such, have personal knowledge of the matters herein.

2)      I was counsel of record for defendants Beehive Credit Union, Amber Allen, and Paul C. Hess in an action filed by plaintiff on October 14, 2005, in Idaho State District Court, Oneida County, Sixth Judicial District.  In that action, plaintiff claimed that Beehive Credit Union was related to Beehive Home Mortgage, an Idaho entity.  In support of her claim, plaintiff submitted documents that appeared to have been altered in an attempt to make it look like the entities were related.  I previously submitted copies of the altered documents with our moving papers in Telford v. Brown, *et. al.* (Docket No. 24).

3)      In Telford v. Brown, *et. al.*, plaintiff repeatedly claimed under oath that she served Paul Hess and Amber Allen on November 9, 2005, and that she was in possession of a video recording that proved service on this date.  She also submitted a proof of service claiming November 9, 2006 as the service date.  My clients denied being served on November 9, 2005, and stated that the only time plaintiff attempted to serve them was on February 1, 2006.  On February 1, 2006, the security cameras at Beehive Credit Union's South Jordan branch recorded two women entering the branch on two separate occasions.  This video shows both the time and date that it was recorded.  The first visit occurred at approximately 14:22, and it was on this visit that service was attempted on Paul Hess.  There was no camera in Mr. Hess's office, but the cameras did capture the women entering the branch and then entering Mr. Hess's office.  Later on the same day, at approximately 16:14, the cameras recorded the same two women again

AFFIDAVIT OF J. KEVIN WEST - 2

entering the branch, this time to serve Amber Allen. On both visits, it is readily apparent that one of the women has a camera in her possession. The license plate of the two women's vehicle was taken and linked to the plaintiff in this matter.

4)    Throughout Telford v. Brown, *et. al.* and the previous state court action, plaintiff repeatedly failed to serve documents and pleadings upon my office, in spite of the fact that she signed numerous certificates indicating that service was indeed made.

5)    As explained in previous submissions to this Court in Telford v. Brown, *et. al.*, plaintiff routinely quoted various authorities in a selective and misleading manner. She wrongly accused counsel of improper behavior without any basis in law or fact.

6)    The Beehive defendants do not wish to offer the testimony of any witnesses at the hearing on May 15, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

J. KEVIN WEST

SUBSCRIBED AND SWORN TO before me this 8ᵗʰ day of May, 2006.

Notary Public for Idaho
Residing at Boise, Idaho
Commission expires: 4/15/07

AFFIDAVIT OF J. KEVIN WEST - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___6___ day of May, 2006, I electronically filed the foregoing AFFIDAVIT OF J. KEVIN WEST, with the U.S. District Court.   Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

Kent A. Higgins                                  khiggins@merrillandmerrill.com

Craig W. Christensen                       cwcc@ida.net

In addition, I caused to be served a true and correct copy of this document by the method indicated below, and addressed to each of the following:

M.H. Telford                                              ✓    U.S. Mail, Postage Prepaid
Marti Telford                                            ___   Hand Delivered
P.O. Box 168                                            ___   Overnight Mail
Malad City, Idaho  83252                       ___   Telecopy


                                                             _____
                                                             J. Kevin West


AFFIDAVIT OF J. KEVIN WEST - 4